**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RAM BASNET, | : | No. 285 WAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION | : | |
| BOARD OF REVIEW, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.

    The Motion for Leave to File *Amicus Curiae* Brief on Behalf of Pennsylvania Interbranch Commission for Racial, Gender and Ethnic Fairness and Pennsylvania Clinical Law Professors in Support of Petition for Allowance of Appeal is **GRANTED**.